**Mark Alan PETTIT, Respondent,**

v.

**Shelly June PETTIT, Appellant.**

**No. WD 50924.**

Missouri Court of Appeals,
Western District.

Feb. 20, 1996.

Kenneth Hensley, Raymore, for appellant.

Richard McFadin, Gallatin, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

PER CURIAM.

## ORDER

Shelly Pettit appeals the denial of her motion to modify the child custody provisions of a decree of dissolution entered in August 1993. She contends that the trial court's finding insufficient "changed circumstances" to warrant a transfer of custody was against the weight of the evidence. We affirm. Discerning no jurisprudential value in publishing an opinion, we issue this summary order. Rule 84.16(b).